# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2014

## NO. 03-13-00793-CV

**Torrell Joseph, Appellant**

**v.**

**VRM (Vendor Resource Management), Duly Authorized Agent of the Secretary of Veterans Affairs, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**DISMISSED FOR WANT OF PROSECUTION --**
**OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on August 23, 2013. Torrell Joseph has failed to make arrangements to provide the district clerk's record and, accordingly, has failed to prosecute his appeal. The Court holds that the appeal is therefore subject to dismissal. The Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.